The next case, number 24-2052 and number 24-2072, Tenerife Real Estate Holdings, LLC and Francisco Almeida Leon et al. versus WM Capital Management, Incorporated. At this time, would counsel for the appellants please come to the podium and introduce themselves on the record to begin. Good morning, your honors, attorneys for appellants Francisco Almeida and Juandaz Cruzquiles exclusively. This is attorney Fernando Longo Quiñones. Your honor, this is an appeal from an injunctive order issued on October of 2024 relating to the execution of a prior final judgment issued by the district court. The matters relate to two separate state court cases underlying this judgment. The gist of the matter is the manner in which the district court's judgment would be executed. The final judgment provides that execution or payment of the judgment would be through the state court proceedings pursuant to an agreement to satisfy judgment and assignment of mortgage notes signed between appellants and originally the FDIC, now WM Capital. The agreement included Tenerife, Mr. Francisco and Ms. Juanda, the FDIC, and Mr. Juan Almeida who was the original, who was the only judgment debtor of the FDIC at that time and of WM Capital. Tenerife appeared as an owner of the first, in the state court cases, there were four mortgage notes signed in two separate cases. If appellees argue that the final judgment in the federal district court case that this court affirmed is preclusive of the condelario order, which is being referred to as the condelario order, correct?  What's your response to that? And that's, I take it, they're making that as part of their argument for a substantial justification under the re-litigation exception to the anti-injunction act. That is exactly, that was exactly our argument since the order. No, no. Their argument is that the final judgment by the federal district court that was affirmed by the circuit court is preclusive of the condelario order. What is your answer to that? Your Honor, it falls outside the re-litigation exemption since in this instance, there are some parties who are indispensable that were not made a part of this. A party that we understand to be indispensable is the, who was the owner of the property of the real estate that was foreclosed. In effect, it was foreclosed a few months ago. Mr. Emerito, the company, Emerito Estrada Rivera y Susu de Puerto Rico, Inc. was never made a party to these proceedings, to any proceedings or to any request. Within the doctrine of res judicata itself, do you have an argument as to why the final judgment of the district court here to enforce the agreement that you entered into, that this court then affirmed, do you have an argument as to why that ruling is not preclusive of the condelario order under the doctrine of res judicata or collateral stop or whatever it is under Puerto Rico law? Yes, Your Honor. It was a matter of the jurisdiction of the court. The condelario case is an in rem matter. It's a foreclosure of a real estate in San Juan, Puerto Rico, I guess so much so that in effect it was, the property was sold in that case, contrary to the judgment and contrary to the agreement, to the provisions of the agreement. It was sold recently in that case. It's an in rem case. The court had jurisdiction over the property. What does that have to do with, what does that have to do with the question of whether res judicata is the idea that the district court could not have issued that order vis-a-vis the state court because that state court decision was an in rem case? Yes, and we discussed that in our briefs. We have to, there's some pages on the arguments. Let's put that argument aside. Do you have any other argument internal to the doctrines of res judicata, collateral stop or anything as to why that final judgment would not be preclusive of the condelario order? Not at the moment, Your Honor. So the only thing is, all turns then on whether it's in rem or quasi in rem. Yes, exactly. Can you just help us understand then how that argument works with respect to the condelario order? Your Honor, the condelario order set the stage for the foreclosure of the property under Puerto Rico law, under state mortgage law. The state mortgage law is embedded with the public policy of Puerto Rico and there are some parameters that are indispensable and particularly the gist and the most important one for us is the matter of the minimum bid price, which was it, which was it. Was there, what state court had the quasi rem jurisdiction, quasi in rem jurisdiction or in rem jurisdiction in your view at the time of the final judgment being issued? They were to the condelario court and the, what they call the Kennedy court. And tell me how the condelario court had that. They were foreclosing, they had the mortgage notes, they were foreclosing, it was foreclosing on the mortgage notes. It had already issued judgment in 2011 and it was, it had been already. But that judgment, wasn't that judgment in advance of the agreement that is the source of the 2021 final judgment here? The whole point of the agreement that the 2021 judgment was enforcing was to settle and resolve that earlier 2011 judgment. So I don't understand. No, no. It's a different, the assignment agreement was entered to settle a case of Juan Almeida Colón in the district court, a default judgment on the district court. At that time, Mr. Juan Almeida was the. But they had agreed, they agreed to the foreclosure. Your clients agreed to the foreclosure. As an accommodation to Mr. Juan Almeida, agreed to put those two cases, which were Tenerife and Francisco Almeida, which was the plaintiff. So is there anything after the agreement? Yes. And before the 2021 judgment in federal court that would suggest there was a Puerto Rico court that had in-rem or quasi-in-rem jurisdiction over this property prior to the 2021 judgment? Other than the cases were pending and foreclosure had been initiated, stayed at the moment, they were, the proceedings for foreclosure had been pending for several, quite some years at the time. And what does that mean, pending? Those were all the cases that. It had been requested. That had started prior to the agreement. And what was the status of those cases post-agreement? In post-agreement, the status of the case, in case 0142, which is the Francisco Almeida case, foreclosure, public sale auction was requested. It was stayed and there was an agreement. The agreement provides and the judgment provides that foreclosure would happen in that case, in case 0142. It did not happen that way. It happened in case 0708. It deviates from the agreement, from the judgment, and it deviates from what. What's the it? What's it deviating? What are you referring to? What's the what? You said it deviates. What's the it? The procedure by which, what we're challenging is the procedure upon which the state court, the final judgment of the district court was executed by the sale, by the foreclosure sale. Foreclosure sale should have taken place in case 0142. It did not. The foreclosure sale. You're not answering my question. I want to understand what court had either in-rem or quasi-in-rem jurisdiction at the time of the final judgment, given that the final, at the time of the, I'm sorry, not the time of the final judgment, at the time of the permanent injunction. I would submit that it was the state, in that moment, it was the Francisco Almeda case where the four mortgage, four mortgage notes were consigned or deposited with the court. They had, they were in possession of the court since 2000, roughly 2019, July 2019. The state court in case 0142 had the, had the mortgage notes. They were put there pursuant to the agreement, right? So it was already back in the, in the state court at that moment. Let me maybe ask the same question, but in a different way. That in-rem jurisdiction, like accepting your argument that at the, at the time that existed, can you just articulate how that affects our, what we're looking at with, which is whether the district court abused its discretion when it ordered the permanent injunction? The thing is that we end, we submit that the, when the district court entered its judgments that it's, it was an aid of jurisdiction and to, and to effectuate its judgment. I think there was a little abuse of discretion there, particularly since we're submitting a alternatives or ways to harmonize both the state court, the Candelari order and the state court final judgment. How would you do, how would you do that? We followed a strict reading of the agreement that a foreclosure would have taken place in case 0142 execute a foreclosing on the second, third and fifth mortgage notes, which had an aggregate of $3.85 million. And section 3.1 of the agreement, which is incorporated into the final judgment has a specific procedure to deal with that matter. We had suggested that WN Capital insisted on their course and which finally ended in the injunction. But there were ways and alternatives that would have facilitated the sale of the foreclosure auction, particularly because the judgment and the agreement command that the foreclosure auction should have taken place in case 0142, which was what we advocated, but did not happen. It ultimately did not happen in this case. What is the current status of the litigation before the district court now? On the district court, on the U.S. district court, a foreclosure, a foreclosure sale took place, not the one commanded in the judgment and the agreement, but a foreclosure sale took place in the Candelario case. There were $5.5 million generated. WN Capital has pursuant to the judgment has requested that the funds be deposited in the district court. We had no objection to that. And as I understand, today, in these recent days, the money should be deposited in the district court. Does that have any impact on the litigation here? Not that I know of, no. When did the foreclosure sale happen? At late October. I cannot recollect the exact date, but it's late October 2025. That's a foreclosure sale of what? Okay, that was a foreclosure sale of the underlying real estate, which had four mortgage notes attached to it in first, second, third, and fifth rank. It was sold by the marshal of the state court in the Candelario case, and all the mortgage notes were canceled, even though the Candelario case only dealt with the first rank mortgage note. Still, all the mortgage notes were canceled, and that's a prejudice to Francisco Almeida and Ms. Wanda Cruz, because now they are left with a judgment in case 0142, which their guarantee has been destroyed. It no longer exists. Given that sale, can you just explain what, in your understanding, is the injunction that you're appealing, operating on? Sorry? Given that sale, you're objecting to this injunction? Yes. The injunction says you have to have a foreclosure sale. Yes. You're saying there already was one? Is the appeal moot now? I mean, is there... What are you asking us to decide? Not necessarily, because the plaintiffs, Francisco Almeida and Ms. Wanda Cruz, would have remedies. Depending if the injunction is avoided or not, there's a chance that the foreclosure sale wasn't provident. Even though it generated $5.5 million, if you take the aggregate amount of all four mortgage notes, it would be roughly $6.5 million, which should have been the minimum bid, which there's a shortfall of close to a million dollars. That million dollars, the way the agreement is structured, WM Capital collects first. I'm sure it's something I'm not understanding, but I thought what we were going to be hearing today was an appeal from an injunction that was going to force you to undertake a foreclosure sale on terms other than you thought they should be undertaken at. You're now telling me that the foreclosure sale, in fact, happened anyway? It happened anyway, yes. While the injunction was in place? While the injunction was in place. Did anybody notify the district court of that? Plaintiffs notified, I mean, defendants notified the court all the time. The district court is aware. After the injunction was issued that there was a foreclosure sale? That there was a foreclosure sale. They have argued that the foreclosure sale took place pursuant to the parameters of the judgment. That's been their position. That's the defendants. We did not file, we, tending to the injunction, we have refrained from challenging or filing any motion to contest that after the injunction was issued. Let me just make sure I understand. So you're saying if we decided to lift that the injunction was an abuse of discretion and we vacated it, what would your clients do then? They would go to state court to contest a foreclosure action that already, a foreclosure sale that already occurred? What would they be seeking? What would they be seeking at that point? First of all, the minimum requirement bid, which is about a million dollars more than the funds that have been generated already. In the matter... Can you just explain? I don't understand. The sale has happened. So what... The sale happened and it generated 5.5 million dollars. I understand. We understand that it should have, that the minimum bid amount should have been 6. What can you do about it once it happened? We understand that it probably and possibly it was contrary to state law because it did not take into account the minimum bid price. And what could you do about it? What would the remedy be that you would be asking for? It would have to go through the state court, through the Candelario case, which was where the foreclosure took place and to vacate the sale. Basically, that would be the most, the remedy that we... You think that the problem with that sale is that it didn't meet the minimum bid requirements of the agreement? Is that what you're saying to us? Your Honor, the agreement has a 3.8 million minimum bid price, but that only takes into consideration three of the mortgage notes. It leaves out the fourth mortgage note, which has a minimum bid price of $2,600,000. $2,600,000, $2,600,000, $2,600,000, $2,600,000. And that was a, that was never considered. That was not, it's basically that value with this sale, the way it took place was lost. But that's already been resolved in the final judgment of this court. The point you're making to us now is what was argued in the appeal of the final judgment by the district court about what the minimum bid price had to be for the agreement, correct? That was one of the... And you lost. Yes. You lost in district court or you lost in our court? Yes. So I don't understand what's the relevance of the fact that you think... It's the way we frame it and the way we see it is the way it took place, the procedure and the manner in which it took place, it was contrary to state law and that's why... But the thing that makes it contrary to state law is your understanding of what the contract required? And the state law, which requires the minimum bid price to be the one stipulated by the parties who signed the mortgage note, which was Emerita Trada... I understand, but that argument, if right, means the final judgment of the district court was incorrect, right? Not incorrect, it's the amount that the final judgment orders... And the final judgment says you're wrong on that, so you think the final judgment was incorrect and you appealed that and lost. And yes, that we appealed for way back when the final judgment... So this is why the district court says you just keep making the same argument that you made in saying the final judgment was wrong and that you made on appeal about the final judgments being wrong and each time that's been rejected. That's not a reason not to follow a federal court order. Your Honor, we filed... Lots of people who read our orders think they're wrong. We could understand that.  But that's not... We followed the order and we followed all the procedures and we still believe it's not a matter of... We're not challenging the final judgment. What we're arguing is that the way it was effectuated, it's contrary to state law. It's just a matter of how it was effectuated, how it's going to get paid. That would have been an argument for opposing the interpretation of the agreement in the final judgment. That would be... If you're right... Maybe you're right about that. That would be an argument that the final judgment was incorrect. But you lost on that. So we can't revisit that. We do not intend to revisit that. Well, I'm just having trouble understanding what you're intending to do then because it seems like what you're upset about is that a foreclosure sale did not occur on the terms that you think were required under the agreement when the final judgment of the district court as affirmed by this court says otherwise. Am I missing something? It didn't happen either under the terms of the final judgment. It happened in an entirely separate case. It's the issue. Because we had advised that. We had let the district court know that that was a possibility. And it's in effect what happened at the end of the day. That the foreclosure sale took place in an entirely different case and that had repercussions as to the amounts that could have and would have been recovered. And that is in detriment to plaintiffs in this case, which will receive less money.  Thank you. Anything further? No. Thank you. No problem. Thank you. The second appellant, please. Please come in. Introduce yourself on the record. Yes. I introduce the court, Roberto Rios Falcón for Tenerife Real Estate Holdings. Your Honors. We're here today requesting review of the judgment for the injunction. Not for the final judgment in this case. Yes. There are problems with the final judgment. What's wrong with the injunction? Taking the final judgment as given, what is wrong with the injunction? The injunction is a prior restraint on free speech. What else is wrong with the injunction? And content-based. What else is wrong with the injunction? If we don't agree with you on that. And also, it does not comply with the exception, with the relitigation exception for the anti-injunction. Why not? The case law tells us that if there is a party that is not part of the federal case, but is a part of the state court case, then the relitigation exception does not apply. Who's that party? That party is the defendant in the state court cases. He was not a part, I mean, that company was not a part of the federal case at no point in time.  No. Merito Estrada Rivera and Isuzu de Puerto Rico Inc. That party was not a part of the federal case and therefore is not bound by the federal judgment. So anything related to that party cannot, I mean, the relitigation exception according to the case law does not apply. So our contention was that the injunction was, you know, improperly issued because of that. Any other reason? I think that's what I had for you this morning. Thank you. Thank you. Oh, if I may add, the state court cases, yeah, the foreclosure happened, I mean, the public auction happened, but the judgments were issued in 2011, they were final, although we didn't lose that in your court, but the final judgment in this case was not followed and the Puerto Rico courts and the police came up with a different way to execute the judgment and to the prejudice, of course, of Almeida and other parties. Thank you. Thank you, counsel. At this time, would counsel for the appellees please introduce themselves on the record to begin? Thank you, your honors. On behalf, good morning. On behalf of WM Capital, the appellee, Jairo Mellao Villarreal. Your honor, first, let's talk about the Muniz question. The property was sold at public auction on November 17, 2025. That was a date. The final judgment confirmed by this court in 2021 and which this court in 2024 told the district court to enforce was complied in its entirety. So why isn't this case moved? Because the permanent injunction was based on two prongs, the aid of jurisdiction and the protect and enforce side of the section 2283. And this case has been marred by a pattern of relitigation since 2019. Have you gotten the money you were trying to get? Yes, sir. Well, not yet. Meaning, the public sale happened on November. The money is being transferred. Under the contract of 2014, the parties will then get a distribution of that money. Is the injunction doing any work with respect to that transfer? Yes. What's it doing? It's enforcing the mandate that the candelaria resolution not be enforced. And if the injunction were lifted, given that the sales already happened, what might happen that would concern you? What might happen that concerns us, Your Honor, is that the pattern of relitigation continues. And how would that manifest itself? What could they do, given that the sales already happened? The sale was in your favor, right? Yes. At this precise... So under that, the judgment of the sale, in the judgment of that foreclosure sale, are you identified as the people that get the proceeds? Yes. WM Capital is to receive part of the proceeds. The money is in transit right now. And so when the money gets to you... Yeah. Would the injunction be of any use to you at that point? Only in as much as the candelaria proceedings or the GMAC proceedings continue in any way... But the injunction doesn't even speak to what happens after you get the money, does it? It doesn't speak as to that. It does not. So the injunction will have no effect the minute you get that money. Correct? The minute WM Capital gets the money and the contract is complied in fully... What does that mean, that second part? Meaning that there is an actual distribution. There are several... So in district court, we are still in the process of distribution of the money. Once the 5.5 is transferred, which still hasn't been received by... What's the holdup on that? It's been a little bit of bureaucracy and slow walking from appellants. But we understand that the check was cut from the state court and it's in the process of getting to the district court. And once you get that, is there anything else you want that you need the injunction to be in place to help you get? That the candelaria order is no longer... Why do you need that to be said? Does the injunction help you with that point? It does in the sense that it forbids the GMAC court from enforcing the candelaria order. But what I guess I'm asking is, does the injunction speak to doing that after you get the money? It does not speak to that. After the money is received. So at that point, the injunction isn't doing anything. For all we know, the district court doesn't even want the injunction to be in place once the money has gotten to you, right? I cannot say what the... I can't either. So maybe we could ask the district court. When do you anticipate you'll get the money? Once it's in the registry of the court, we expect to receive it as soon as we apply for it. Will you notify this court of that? Yes, we will. Can you just explain a bit more what that process is once it's in the registry? Can you just walk us through the actual next steps before you would receive the money? Yeah, according to the 2014 agreement, the monies were to be deposited in the district court. And once in the district court, we would have to apply to receive the full payment of principal interest pre and post judgment. Plus, we have a motion for sanctions filed in the record right now for attorney's fees under Local Rule 44.1D under Section 1927. And the court's inherent powers. That's with the district court? Yes. So the district court would still have to decide that motion? And we're asking that the monies, if awarded, attorney's fees are paid out of the $5.5 million that were deposited with the court. But the injunction doesn't speak to that question at all, right? Well, the injunction does speak to protecting the judgment of the district court. And it does speak to, under the aegis of the Candelari Order, not interfering. But that's what I'm trying to figure out. Interfering with what? The injunction says you can't interfere with XX and X all for purposes of executing the judgment, correct? The injunction says do not interfere with, number one, the enforcement, the procedures, the jurisdiction of the district court. And once that payment is made, does that have any life to it anymore, that part of the injunction? Again, Your Honor, the, shall we call it the creativity of re-litigation in this case has been extreme. Even before the summary judgment and the judgment, initial judgment was issued by the district court, appellants filed to stop the court from issuing the judgment. I'm just saying, in the history of this litigation, the one thing you've never gotten that you've constantly tried to get is the money. Correct, Your Honor. And like most people in these type of disputes, that seems to be the overriding desire, is to get the money. Yes, Your Honor, but then the next question would be to keep the money. My question is, if the next question is to keep the money, the issue is whether that is going to require new action from the district court based on the new world that exists once you have the money. As I read the injunction, quite understandably, the district court understood himself to be issuing that injunction in order for you to get paid. But I think it's more than that. I mean, the Candelario order just went completely out of its way to annul the federal judgment. And this is an order that is... It cannot annul judgment. But it can, in fact, interfere with the judgment. And the injunction is designed to stop that interference. I understand that, but I thought it was aimed at stopping that interference so that you could get the judgment executed, which occurs once you get paid. And to be fair, the GMAC court, after Judge Candelario moved on, has cooperated. And the public sale has happened according to the contract. And the four mortgage notes were scheduled and were foreclosed on. But again, what I want to stress is that this is more... The permanent injunction is more than about getting the money. It's about... We have an order, a post-judgment order in the state court. It's on the books. It's not final. The clock was stopped with the permanent injunction. We don't want any more appeals or any more procedures in state court to happen. We want the relitigation to stop. Counsel, let me ask you this. I'm just looking at the text of the permanent injunction right now. It's addendum page 166. And the court says on the second page of the injunction that it's further order to judge decreed that the plaintiffs and their agents are permanently enjoined from directly or indirectly making any further collateral attack on the final judgment of this case. How do you understand that in the context of the current facts as you've now both presented them to us? Yes. What do you understand that to be doing, if anything, at this point? The way I'm understanding this, Your Honor, is precisely that the injunction is somehow lifted. That the candelario order remains on the books. And that appellants take that as a green light to go ahead and continue making further collateral attacks on the judgment. Yes, we have received the money, but what the federal court giveth, the state court may taketh. That's what we are afraid of. We understand that this is a minimum risk at this point. I mean, if you just think about the Anti-Injunction Act and the sensitivities about enjoining state courts and the substantial justification, the thing that is occurring to me is that the substantial justification for the injunction post-payment might just be different than it is pre-payment. And that the substantial justification the district court gave for this injunction was rooted in an understanding that payment was not even occurring. The judgment was not being executed. Once that's different and the world has changed, it may be there's reasons to modify the injunction. It may be that there is still, you can make a case as to why you need it nonetheless. But to attribute all that to the district court now, when the district court made the injunction without knowing the payment was going to be made, is just a different animal. But at a minimum, yes, your honor. But at a minimum, this permanent injunction should survive the whole process of distribution of the money. Well, that's, I mean, there's just the reality. You know, we don't produce these opinions in five seconds. Has the money been deposited with the district court at this point? Not yet. Not yet. I know as a fact, well, not as a fact, we called the state court. They told us they cut the check. We told them it had to be a certified check. I suspect it wasn't, and the district court does not accept checks that are not certified. So I'm guessing we're going to go back to bureaucracy hell and try and get it to be certified. So the money is held by the state court now. Yes. You are waiting for a check to be deposited in federal court. Yes, check is in the mail. Well, as soon as you get that check, if you could keep us apprised, maybe we'll do an order, just give us status reports on where things stand as we have the appeal and are trying to decide it. But it does seem like a material development, potentially, if that check actually results in you getting the funds. So the ask from this court would be that? We'll send, we'll put an order out so you know exactly what we're asking you to do.  Yes, Your Honor. I just want to ask you a question about the relitigation exceptions and moving aside from this. Yes. What is the exact issue that you say or that you're focused on as grounds for the relitigation exception? I'm sorry, Your Honor. The exact issues that we're focused on the relitigation exception, we just understand that there was no abuse of discretion here when issuing the injunction because, number one, this is a classical case of relitigation, as we've spoken. This has been going on before the judgment was issued, after the judgment was issued, just to stop the enforcement of this judgment. The judgment from 2019 was conclusive, was affirmed. The district court made the complete analysis of... They say on that score, that's the idea that the final judgment was preclusive of the Candelaria order, correct? Absolutely, Your Honor. They say that that can't be true because one party was not a party to the case in this court that produced the final judgment. Why is that wrong? It's completely wrong, Your Honor, because this is a case about a contract. And even in the first appeal, this court recognized as much that this is about a contract, and this is about the performance of a contract. This is not about a property or the property rights of people. This is about what the contractual parties had to do in order to perform a contract, and that's it. And in your view, the missing party has nothing to do with the contract between the parties to this case? Exactly. The missing party is a debtor in the state court case that has absolutely no interest, has gone to bankruptcy at least three times, and hasn't raised his head to say anything here. Because that party has nothing to say here. This maybe just relates to the jurisdictional and REM part. Exactly. In a typical agreement, the agreement doesn't cash out as specific in performance requiring the sale of a property. And so could you just speak to that issue? Because what's happening here is that yes, there's an agreement. They can agree to whatever they want. What they happened to agree to do was to sell a property. Right. The question is whether that complicates the way to think about it since you can only sell it one time. I mean, that thing is going to go, and then it's gone. As we stand here today, Your Honor, the property was sold. So the REM issue is out the door. Okay. Thank you. Any further questions? No. Thank you. Thank you, Counsel. That concludes argument in this case.